UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DWAIN COPELAND,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRIAN C. OSTLER, SR., *et al.*,<br><br>　　　　　Defendants. | Case No. 2:24-cv-01717-FLA (SKx)<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THE ACTION FOR LACK OF PROSECUTION** |

1

1  On March 1, 2024, Plaintiff filed the Complaint against Defendants. Dkt. 1. On May 1, 2024, the court struck Plaintiff's Motion for Default Judgment, Dkt. 12, for failure to comply with the Local Rules. Dkt. 14. Since then Plaintiff has not filed any motion, application, or document on the docket.

Accordingly, the court ORDERS Plaintiff to Show Cause ("OSC") in writing within twenty-one (21) days of this order why the court should not dismiss this action for lack of prosecution. *See* Fed. R. Civ. P. 41(b). Failure to respond timely may result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: January 29, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge

2