UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DWAIN COPELAND,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN C. OSTLER, SR., *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-01717-FLA (SKx)<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THE ACTION FOR LACK OF PROSECUTION** |

1

On May 21, 2025, Plaintiff Bruce Dwain Copeland ("Plaintiff") filed applications for the clerk to enter default and default judgment against Defendants Brian C. Ostler, Sr. and the Law Offices of Brian C. Ostler Sr. in the amount of $287,357.00 (Dkt. 26) and Matthew J. Rumishek Esq. in the amount of $80,000.00 (Dkt. 27) (together, the "Applications"). On May 22, 2025, the court issued notices of deficiency regarding Plaintiff's Applications. Dkts. 29, 30. Since then, Plaintiff has not filed any motion, application, or document on the docket.

Accordingly, the court ORDERS Plaintiff to Show Cause ("OSC") in writing within twenty-one (21) days of this order why the court should not dismiss this action for lack of prosecution. *See* Fed. R. Civ. P. 41(b). Failure to respond timely may result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: November 10, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge